

John P. Nowak
212.756.2396
John.Nowak@srz.com

April 29, 2025

**BY ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The parties' initial pre-trial conference shall be rescheduled to May 21, 2025 at 10:00 a.m. The parties shall submit their joint letter and case management plan at least 10 days prior to the conference.
>
> **SO ORDERED.**
>
> Dated: April 30, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: <u>*SEC v. Glen Leibowitz*, No. 1:25-CV-02155</u>

Dear Judge Rochon:

    We represent Defendant Glen Leibowitz ("<u>Defendant</u>" or "<u>Mr. Leibowitz</u>") in the above-referenced matter. As Your Honor is aware, on March 14, 2025, the United States Securities and Exchange Commission (the "<u>SEC</u>" or "<u>Plaintiff</u>") filed its Complaint against Mr. Leibowitz (ECF No. 1). On March 18, 2025, Your Honor notified counsel for all parties to appear for an initial pretrial conference on **June 18, 2025**, at 10:30am in Courtroom 20B (ECF No. 5). For the reasons described below, and to the extent Your Honor's schedule permits, we respectfully request that Your Honor reschedule the initial pretrial conference for a date during the last week of May.

    On April 10, 2025, Mr. Leibowitz filed his Answer to the SEC's Complaint (ECF No. 12) and is ready to proceed with this matter, as is the SEC. In that regard, respective counsel for the SEC and Mr. Leibowitz held a Rule 26(f) Conference on April 28, 2025, and counsel will be filing a joint letter and a proposed Civil Case Management Plan and Scheduling Order for Your Honor's review and approval, within two weeks of that Conference.

    Mr. Leibowitz is eager to move forward with the litigation because these allegations significantly impair his ability to provide for his family as an accountant. Thus, to the extent Your Honor's schedule permits, Mr. Leibowitz respectfully requests that Your Honor advance and reschedule the initial pretrial conference from June 18, 2025 to a date and time within the last week of May. Advancing the initial pretrial conference would assist in expediting the resolution of this matter and would be greatly appreciated.



The Honorable Jennifer L. Rochon
April 29, 2025
Page 2

  Counsel for the SEC has indicated that they take no position on the request and defer to the Court's schedule.  Thank you for your consideration.

                 Respectfully Submitted,


                 */s/ John P. Nowak*
                 John P. Nowak

                 *Counsel for Defendant Glen Leibowitz*


cc (via ECF): Russell J. Feldman
       George N. Stepaniuk
       Kiran Patel

       *Counsel for Plaintiff*