

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 1, 2025

**By ECF**
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

The initial pre-trial conference shall be rescheduled to May 30, 2025 at 12:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: May 2, 2025
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**

Re:    SEC v. Leibowitz, 25-cv-02155 (JLR)

Dear Judge Rochon:

Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests that the Court reschedule the initial pretrial conference—which was originally scheduled for June 18, 2025 and is currently scheduled for May 21, 2025—as specified further below. Defendant Glen Leibowitz ("Defendant") consents to this request.

On April 29, 2025, Defendant requested that the Court reschedule the initial pretrial conference from June 18, 2025 to a date "during the last week of May." (ECF No. 15). The SEC took no position on the request and deferred to the Court's availability, given the parties' mutual availability the last week of May (May 27-30). (*Id.*)

On April 30, 2025, the Court entered an order rescheduling the initial pretrial conference to May 21, 2025 at 10:00am. (ECF No. 17) Unfortunately, undersigned lead counsel for the SEC is unavailable on May 21, 2025 due to preexisting international travel plans between May 14-23.

Accordingly, the SEC respectfully requests that the Court reschedule the initial pretrial conference to a date in the last week of May (May 27-30) or the second week of June (June 10-13). Defense counsel is also available on these dates. If the Court is unable to reschedule the initial pretrial conference to a date during those two weeks, the parties respectfully request that the Court reschedule the initial pretrial conference for its originally scheduled date—June 18, 2025.

Respectfully submitted,

*/s/ Russell J. Feldman*
Russell J. Feldman
Trial Attorney