UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

              -against-

GLEN LEIBOWITZ,

                              Defendant.

Case No. 1:25-cv-02155 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on February 26, 2026, Defendant's advice-of-counsel

affirmative defense is struck.

Dated: February 26, 2026
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge